**GUARANTEE RESERVE LIFE INS. CO. OF HAMMOND, INDIANA, Appellant,**

**v.**

**Barbara (Sally) FARLEY, by Her Father and Next Friend, Leon Farley, Appellee.**

Court of Appeals of Kentucky.

May 31, 1957.

Baird & Hays, Pikeville, for appellant.

V. R. Bentley, Pikeville, for appellee.

PER CURIAM.

Motion for an appeal from a judgment allowing plaintiff to recover $536 in an action on a group insurance policy.

We concur in the opinion of the trial judge that the plaintiff, at the time of her injury, was within the coverage provided by the policy.

Motion for appeal is, therefore, overruled and the judgment is affirmed.